■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID ALLEN, Appellant. [749 NYS2d 881] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Dunlop, J.), rendered May 2, 2001, convicting him of criminal sale of a controlled substance in the third degree, assault in the second degree, and resisting arrest, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing (Demakos, J.H.O.), of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt of assault in the second degree (*see* Penal Law § 120.05 [3]) beyond a reasonable doubt.

The defendant's remaining contentions, including those raised in his supplemental pro se brief, are without merit. Santucci, J.P., Feuerstein, O'Brien and Schmidt, JJ., concur.